UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD SUTTLES, | ) | NO. EDCV 10-01920 DOC (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RAUL LOPEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 30, 2011

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE